UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EZATULLAH, et al. | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 06-1752 (RMC) |
| GEORGE W. BUSH, et al., | ) |
| Defendants. | ) |

### ORDER TO SHOW CAUSE

Pursuant to 28 U.S.C. § 2243, it is hereby

**ORDERED** that Respondents, by counsel, shall, within 20 days of service of a copy of this Order and the Petition, file with this Court and serve on Petitioner a statement showing why the Writ of *Habeas Corpus* should not issue.

The Clerk of this Court is directed to furnish a copy of the Petition and a certified copy of this Order to the United States Marshal for the purpose of making service on the named Respondents and the United States Attorney General.

**SO ORDERED.**

Date: November 29, 2006

/s/
ROSEMARY M. COLLYER
United States District Judge