**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| EZATULLAH, *et al.*,                ) <br> ) <br> Petitioners,            ) <br> ) <br> v.                                 ) <br> ) <br> GEORGE W. BUSH, *et al.*,     ) <br> ) <br> Respondents.          ) <br> ) | Civil Action No. 06-CV-1752 (RMC) |

**NOTICE OF APPEARANCE**

Undersigned counsel, Nicholas A. Oldham, hereby enters his appearance as one of the counsel for respondents in the above-captioned case.

Dated: December 22, 2006

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DOUGLAS N. LETTER
Terrorism Litigation Counsel

    /s/ Nicholas A. Oldham
NICHOLAS A. OLDHAM
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Tel:  (202) 514-3367
Fax: (202) 616-8470
Nicholas.Oldham@usdoj.gov

Attorney for Respondents