**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
_____ District of __Columbia__

TO:
Rear Adm. Commander Harry B. Harris, Jr.
Commander, Joint Task Force - GTMO
JTF-GTMO
APO AE 09360

Civil Action, File Number __06-1752 RMC__

__Kzatullah, et al__
                                V.
__George W. Bush, et al__

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within ____ days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

If you do complete and return copies 1 and 2 of this form, you (or the party on whose behalf you are being served) must answer the complaint within ____ days of the date those documents were sent. If you fail to do so, judgment by default will be taken against you for the

[Handwritten: 06-1752   12-5-06   FRT]

...pt of Summons and Complaint By Mail was

[Signature] ...MS Official)

COMPLAINT
complaint in the above captioned manner at

...er and Street Name or P.O. Box No.

...d Zip Code

**PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540**

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Rear Admin. Commander
Harry B. Harris,
Commander, JTF-GTMO
APO AE 09360

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X [signature JB]   ☑ Agent   ☐ Addressee
B. Received by (Printed Name): Sean Berger
C. Date of Delivery: 12.18.06
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☑ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7004 1160 0004 4136 8618

RECEIVED
DEC 27 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Relationship to Entity/Authority to Receive _____
Service of Process _____
Date of Signature _____

Form USM-299
(Rev. 6/95)

Copy 4 - USMS District Suspense