IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

———————————————————————— x
:
EZATULLAH, *et al.*,                              :
:
           Petitioners,       :
:
       v.                                        :
:  Civil Action No. 06-CV-1752 (RMC)
GEORGE W. BUSH, *et al.*,                 :
:
           Respondents.   :
:
———————————————————————— x

**NOTICE OF APPEARANCE AND CERTIFICATION**
**OF REPRESENTATION WITHOUT COMPENSATION**

       Please enter my appearance on behalf of the petitioners in the above-captioned case. I hereby further certify, pursuant to Local Civil Rule 83.2(g), that I am representing these petitioners without compensation.

Dated:    New York, New York
             December 29, 2006

                                        Respectfully submitted,

                                        Counsel for Petitioners:

                                        /s/ J. Wells Dixon
                                        J. Wells Dixon (Pursuant to LCvR 83.2(g))
                                        CENTER FOR CONSTITUTIONAL RIGHTS
                                        666 Broadway, 7th Floor
                                        New York, New York 10012
                                        Tel: (212) 614-6464
                                        Fax: (212) 614-6499