IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EZATULLAH, *et al.*, | |
|     Petitioners, | |
|     v. | Civil Action No. 06-CV-1752 (RMC) |
| GEORGE W. BUSH, *et al.*, | |
|     Respondents. | |

**FIRST MOTION FOR EXTENSION OF TIME ON CONSENT**

Petitioner Ezatullah ("Petitioner"), by and through his undersigned counsel, and with Respondents' consent, respectfully submits this motion for an extension of time to respond to Respondents' motion to dismiss this case for lack of jurisdiction or, in the alternative, to transfer it to the Court of Appeals (*see* dkt. no. 12). Petitioner requests an extension of time until February 12, 2007.

In support of this motion, Petitioner submits the following:

1. Petitioner is currently detained at the U.S. Naval Station at Guantánamo Bay, Cuba. On October 16, 2006, Petitioner filed a habeas corpus petition challenging the legality of his detention ("Petition"). The Petition was authorized in writing by his brother, who acts as his next friend.

2. On November 29, 2006, the Court ordered Respondents to show cause why the Petition should not be granted.

      3.      On December 22, 2006, Respondents filed a response to the order to show cause (*see* dkt. no. 11) and moved to dismiss this case for lack of jurisdiction or, in the alternative, to transfer it to the Court of Appeals (*see* dkt. no. 12).

      4.      Pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules of this Court, Petitioner's response to the motion to dismiss is due on January 5, 2007.

      5.      Petitioner now seeks an extension of time – until February 12, 2007 – to respond to the motion to dismiss. Good cause exists for the Court to grant this motion because counsel have recently learned that Petitioner may already have a duplicate petition pending in another case, which could result in the withdrawal of the Petition in this case and thereby moot the pending motion to dismiss. Although counsel is working diligently to resolve this issue, additional time is needed to do so fully and, if appropriate, to file a response to the motion to dismiss on Petitioner's behalf.

      6.      Pursuant to Local Civil Rule 7(m), counsel have conferred via telephone with Respondents' counsel, who have stated that they consent to this motion.

      7.      This is Petitioner's first request for an extension of time, and there are no other previously scheduled deadlines that would be impacted by an order granting this motion.

      For all of these reasons, Petitioner respectfully requests that the Court extend until February 12, 2007, the time period for him to respond to Respondents' motion to dismiss.

- 3 -

Dated:   New York, New York
         December 29, 2006

                                            Respectfully submitted,

                                            Counsel for Petitioners:

                                            /s/ J. Wells Dixon
                                            William Goodman (Pursuant to LCvR 83.2(g))
                                            J. Wells Dixon (Pursuant to LCvR 83.2(g))
                                            CENTER FOR CONSTITUTIONAL RIGHTS
                                            666 Broadway, 7th Floor
                                            New York, New York 10012
                                            Tel:  (212) 614-6464
                                            Fax:  (212) 614-6499