IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| EZATULLAH, *et al.*,<br><br>          Petitioners,<br><br>          v.<br><br>GEORGE W. BUSH, *et al.*,<br><br>          Respondents. | Civil Action No. 06-CV-1752 (RMC) |

**PETITIONER'S RESPONSE TO MOTION TO DISMISS OR TRANSFER**

      Petitioner Ezatullah ("Petitioner"), by and through his undersigned counsel, respectfully submits this response to Respondents' motion to dismiss this case for lack of jurisdiction or, in the alternative, to transfer it to the Court of Appeals (*see* dkt. no. 12). Petitioner does not oppose dismissal without prejudice.

      Petitioner is a citizen of Afghanistan, who is currently detained at the U.S. Naval Station at Guantánamo Bay, Cuba. On October 16, 2006, Petitioner filed a habeas corpus petition challenging the legality of his detention ("Petition"). The Petition was authorized in writing by his brother, Abdul Wahid, who acts as his next friend.

      On November 29, 2006, the Court ordered Respondents to show cause why the Petition should not be granted. Respondents filed a response to the show cause order on December 22, 2006, and moved to dismiss this case for lack of jurisdiction or, in the alternative, to transfer it to the Court of Appeals (*see* dkt. no. 12). Respondents also alleged that Petitioner is the same person as "Izaatullah Nusrat," who is ISN 977, and who already has a habeas petition pending in the case *Mousovi v. Bush*, No. 05-CV-1124 (RMC). *See* Dkt. No. 12, at 3 n.2.

- 2 -

While Respondents have offered no evidence in support of their contention that Petitioner is the same person as ISN 977, undersigned counsel have independently determined, at this juncture, that it is likely that they are the same person. Accordingly, Petitioner does not oppose dismissal of the Petition in this case without prejudice on the ground that he already has a previously filed petition pending in another case. However, counsel respectfully request that the Court permit the reinstatement of this case as originally filed in the event that Respondents' identification is erroneous.

Dated:   New York, New York
         February 12, 2007

                                            Respectfully submitted,

                                            Counsel for Petitioners:

                                            /s/ J. Wells Dixon
                                            J. Wells Dixon (Pursuant to LCvR 83.2(g))
                                            CENTER FOR CONSTITUTIONAL RIGHTS
                                            666 Broadway, 7th Floor
                                            New York, New York 10012
                                            Tel:  (212) 614-6464
                                            Fax:  (212) 614-6499