IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALI SHAH MOUSOVI, *et al.*, | )<br>)<br>) |
| Petitioners, | )<br>) |
| v. | ) Civil Action No. 05-1124 (RMC) |
| GEORGE W. BUSH,<br>President of the United States,<br>*et al.*, | )<br>)<br>)<br>) |
| Respondents. | )<br>) |
| EZATULLAH, *et al.*, | )<br>)<br>) |
| Petitioners, | )<br>) |
| v. | ) Civil Action No. 06-1752 (RMC) |
| GEORGE W. BUSH,<br>President of the United States,<br>*et al.*, | )<br>)<br>)<br>) |
| Respondents. | )<br>) |

## NOTICE OF TRANSFER OF PETITIONER

Respondents hereby provide notice that the United States has relinquished custody of petitioner Izaatullah Nusrat (ISN 977), a.k.a. Ezatullah, and transferred him to the control of the Government of Afghanistan.[1]

---

[1] Petitioner has filed petitions for writ of habeas corpus in both of the above-captioned cases.

Dated: November 13, 2007            Respectfully submitted,

                                    PETER D. KEISLER
                                    Assistant Attorney General

                                    DOUGLAS N. LETTER
                                    Terrorism Litigation Counsel

                                      /s/ *Andrew I. Warden*
                                    JOSEPH H. HUNT (D.C. Bar No. 431134)
                                    VINCENT M. GARVEY (D.C. Bar No. 127191)
                                    JUDRY L. SUBAR (D.C. Bar 347518)
                                    TERRY M. HENRY
                                    JEAN LIN
                                    JAMES J. SCHWARTZ (D.C. Bar No. 468625)
                                    ROBERT J. KATERBERG
                                    ANDREW I. WARDEN (IN Bar No. 23840-49)
                                    NICHOLAS A. OLDHAM
                                    JAMES C. LUH
                                    Attorneys
                                    United States Department of Justice
                                    Civil Division, Federal Programs Branch
                                    20 Massachusetts Ave., N.W.
                                    Washington, DC  20530
                                    Tel:  (202) 514-4107
                                    Fax:  (202) 616-8470

                                    Attorneys for Respondents