UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                       )
**EZATULLAH**, *et al.*,                )
                                       )
      Petitioners,              )
                                       )
    v.                             )   Civil Action No. 06-1752 (RMC)
                                       )
**GEORGE W. BUSH**, *et al.*,           )
                                       )
      Respondents.              )
_____)

## ORDER

This matter comes before the Court on the Respondents' Notice of Transfer of Petitioner. *See* Dkt. # 21. Respondents inform the Court that the United States has relinquished custody of Petitioner Izaatullah Nusrat, a.k.a. Ezatullah (ISN 977), and transferred him to the control of the Government of Afghanistan. *Id*. In light of Respondents' Notice of Transfer, this Court will dismiss this case as moot. Accordingly, it is hereby

**ORDERED** that the August 28, 2007 Order staying this case is **VACATED**; and it is

**FURTHER ORDERED** that in light of Petitioner's transfer to the Government of Afghanistan, this case is **DISMISSED AS MOOT**. This is a final appealable order. *See* Fed. R. App. P. 4(a). This case is closed.

      **SO ORDERED.**

                                          _____/s/_____
                                          ROSEMARY M. COLLYER
                                          United States District Judge

DATE: January 15, 2008